**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ANGELA SCHENBURN, individually and on
behalf of all others similarly situated who consent
to their inclusion in a collective action,

      Plaintiff,

v.                                                        CASE NO. 2:11-CV-98-FtM-99DNF

BIG LOTS STORES, INC.,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Douglas Frazier, on January 12, 2012 (Doc. 63). In the Report and Recommendation, Judge Frazier recommends that Plaintiff Angela Schenburn's, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action ("Plaintiffs"), First Motion to Amend/Correct Complaint ("Motion to Amend") (Doc. 43) be denied. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate that Plaintiffs' Motion to Amend should be denied. Plaintiffs have not provided justifiable reasons or shown good cause why they requested leave to amend three months after the deadline. *See Sosa v. Airprint Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). Additionally, allowing leave to amend at this late date would be prejudicial to Defendant Big Lots Stores, Inc. ("Big Lots"). *See Brewer-Giorgio v. Producers Video, Inc.*, 216 F.3d 1281, 1284 (11th Cir. 2000). Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the

court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 63) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Angela Schenburn's, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action, First Motion to Amend/Correct Complaint ("Motion to Amend") (Doc. 43) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on January 30, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD