**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**ANGELA SCHENBURN, Individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,**

           **Plaintiff,**

**-vs-**     Case No. 2:11-cv-98-FtM-UADNF

**BIG LOTS STORES, INC.,**

           **Defendant.**

_____

# ORDER

This case is before the Court on the parties' Joint Motion for Approval of FLSA Settlement (Doc. No. 88) filed July 24, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 7, 2012 (Doc. No. 91) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement (Doc. 88) is **GRANTED**. The Court finds the Settlement Agreements (Doc. No. 90) to be fair and reasonable

resolutions of bona fide disputes over the Fair Labor Standard Act issues and they are **APPROVED**.

    3.    The parties shall file a Stipulation of Dismissal with the Court within seven (7) days from the date of this Order.

    4.    The Motion for Judgment on the Pleadings (Doc. No. 32) and the Amended Motion for an Order Permitting Supervised Notice of This Action to Potential Opt-In Plaintiffs and Conditional Certification of this Case as a State of Florida Collective Action (Doc. No. 73) are **DENIED**.

    5.    This case is removed from the September, 2012 trial term.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of August, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record